No. 03–6. EFROSMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–8. JACOBSON *v.* SOLID WASTE AGENCY OF NORTHWEST NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 03–9. CABRERA *v.* HINSLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–10. LUIGINO'S, INC. *v.* PETERSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–11. RATCLIFF *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 03–12. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD *v.* FORTUNE CONSTRUCTION CO. C. A. 11th Cir. Certiorari denied.

No. 03–14. BENITEZ-RUIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–17. J. W., A MINOR *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 03–18. HORIEN *v.* CITY OF ROCKFORD, ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 03–21. WINDLE *v.* CITY OF MARION, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–23. WATNIK *v.* KNIESLEY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–24. SIMO ET AL. *v.* UNION OF NEEDLETRADES, INDUSTRIAL & TEXTILE EMPLOYEES, SOUTHWEST DISTRICT COUNCIL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–25. MUNIZ RIVERA ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–26. RODWELL *v.* PEPE. C. A. 1st Cir. Certiorari denied.